| | |
|---|---|
| NORTH JERSEY BRIAN & SPINE CENTER | UNITED STATES DISTRICT COURT |
| Plaintiff(s), | DISTRICT OF NEW JERSEY |
| -vs- | Hon. Kevin McNulty |
| CITY OF JERSEY CITY, et al | Civil Action No. 13-73 |
| Defendant(s). | **DISMISSAL ORDER** |

It having been reported to the Court that the above-captioned matter has been settled,

**IT IS on this 4th day of December, 2013**

**ORDERED THAT** this matter be and hereby is dismissed without costs and with prejudice, subject to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　HON. KEVIN MCNULTY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Orig.: Clerk of the Court
cc:　　Hon. Madeline Cox Arleo, U.S.M.J.
　　　　All Parties
　　　　File